# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>Brian Collins (1) and Salvador Ledezma (2),<br><br>　　　　　　Defendants. | CASE NO.:  21CR3244-JLS<br><br>Hon. Janis L. Sammartino<br><br>**ORDER ON JOINT MOTION TO CONTINUE MOTION HEARING AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT** |

　　　　GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the Motion Hearing and Trial Setting date currently scheduled for January 28, 2022 at 1:30 PM be continued to March 4, 2022 at 1:30 PM.  For the reasons stated in the joint motion, time is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7).

　　　　IT IS SO ORDERED.

Dated:  January 25, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge

1