# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA
### HONORABLE JANIS L. SAMMARTINO

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 21-CR-3244-JLS |
| Plaintiff, | **ORDER TO CONTINUE MOTION HEARING AND TRIAL SETTING HEARING** |
| v. | |
| BRIAN KEVIN COLLINS, | |
| Defendant. | |

Pursuant to joint motion and good cause appearing, IT IS HEREBY ORDERED that Mr. Collins's Motion Hearing and Trial Setting date be continued from July 29, 2022 until September 21, 2022 at 1:30 pm. For the reasons set forth in the joint motion, time is excluded pursuant to 18 U.S.C. § 3161(h)(7)(A) in the interim.

IT IS SO ORDERED.

Dated: July 27, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge