**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**
**HONORABLE JANIS L. SAMMARTINO**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 21-CR-3244-JLS |
| | ) | |
| Plaintiff, | ) | **ORDER TO MOVE DEFENDANT BACK TO MCC** |
| v. | ) | |
| BRIAN KEVIN COLLINS (1), | ) | |
| Defendant. | ) | |

Upon unopposed motion of the defendant and good cause appearing, IT IS HEREBY ORDERED that the United States Marshals Service shall move Defendant, Brian Kevin Collins, from Otay Mesa Detention Center to Metropolitan Correction Center, San Diego for the duration of his the remainder of his case.

IT IS SO ORDERED.

Dated: August 9, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge